Cristyn E. Weil, Bar No. 017960
P.O. Box 6169
Yuma, AZ 85366
Telephone: 928-341-0983

*Chapter 7 Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>WITHERSPOON, GARY JAY<br>WITHERSPOON, CINDY LOUISE,<br><br>Debtor(s). | Chapter 7 proceedings<br>Case No.: 05-01175-YUM-JMM<br><br>APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS TO U.S. BANKRUPTCY COURT |

CRISTYN E. WEIL, Trustee, reports that the following dividend check has been issued and the check has been returned to the Trustee. The last known address of the creditor, MAFCU c/o Centrix Financial, is no longer at the address listed on its proof of claim. The Trustee has made a concerted effort to locate the creditor and has not been able to do so.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME | AMOUNT |
|---|---|---|---|
| 10105 | 06/17/2010 | MAFCU<br>c/o Centrix Financial<br>6782 S. Potomac Street<br>Centennial, CO 80112 | $1,036.88 |

The Trustee requests that an order be entered pursuant to Section 347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $1,036.88 to the Clerk of the Bankruptcy Court to be deposited in the Registry thereof.

DATE:  10/11/2010  .

*/s/ Cristyn E. Weil*
Cristyn E. Weil, Chapter 7 Trustee